CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
<u>8033 Linda Vista Road, Suite 200</u>
<u>San Diego, CA 92111</u>
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff, LUIS MARQUEZ

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MARQUEZ,<br><br>        Plaintiff,<br>   v.<br><br>VICTOR SORICH, in individual and representative capacity as trustee of The Victor Sorich & Mary Jean Sorich Trust dated July 9, 1987; MARY JEAN SORICH, in individual and representative capacity as trustee of The Victor Sorich & Mary Jean Sorich Trust dated July 9, 1987; ESTRELLA FOODS MARKET, INC, a Delaware Corporation; and Does 1-10,<br><br>        Defendants. | Case No.: 2:19-cv-10682-DSF-MRW<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES** |

The plaintiff hereby notifies the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and to further the interests of judicial economy.

The plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days.

CENTER FOR DISABILITY ACCESS

Dated: <u>February 13, 2020</u>     By: <u>/s/ Phyl Grace</u>
                                     Phyl Grace
                                     Attorney for Plaintiff

Notice of Settlement          -1-          2:19-cv-10682-DSF-MRW