1  CENTER FOR DISABILITY ACCESS
   Raymond Ballister Jr., Esq., SBN 111282
2  Phyl Grace, Esq., SBN 171771
3  Russell Handy, Esq., SBN 195058
   Dennis Price, Esq., SBN 279082
4  8033 Linda Vista Road, Suite 200
   San Diego, CA 92111
5  (858) 375-7385; (888) 422-5191 fax
   phylg@potterhandy.com
6  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| LUIS MARQUEZ, | **Case:** 2:19-cv-10682-DSF-MRW |
|---|---|
| Plaintiff, | **Plaintiff's Notice of Voluntary Dismissal With Prejudice** |
| v. | |
| VICTOR SORICH, in individual and representative capacity as trustee of The Victor Sorich & Mary Jean Sorich Trust dated July 9, 1987; MARY JEAN SORICH, in individual and representative capacity as trustee of The Victor Sorich & Mary Jean Sorich Trust dated July 9, 1987; ESTRELLA FOODS MARKET, INC, a Delaware Corporation; and Does 1-10, | **Fed. R. Civ. P. 41(a)(1)(A)(i)** |
| Defendants. | |

**PLEASE TAKE NOTICE** that Plaintiff Luis Marquez, hereby voluntarily dismisses the above captioned action <u>with</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendants Victor Sorich; Mary Jean Sorich and Estrella Foods Market, Inc have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: March 11, 2020          CENTER FOR DISABILITY ACCESS

                               By: /s/ Phyl Grace
                               Phyl Grace
                               Attorney for Plaintiff